erick D. Porter against William H. Dean. No opinion. Motion denied, without costs, and without prejudice to a motion to dismiss the appeal.

PORTER, Respondent, v. INTERNATIONAL BRIDGE CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Peter A. Porter, individually, etc., against the International Bridge Company and the Grand Trunk Railway Company of Canada. No opinion. Motion for reargument denied, and motion for leave to appeal to the court of appeals granted. Question proposed by defendants' counsel certified and filed with the clerk. See 60 N. Y. Supp. 819.

PRINGLE v. LONG ISLAND R. CO. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by Mary B. Pringle against the Long Island Railroad Company. No opinion. Case ordered on calendar for third Friday of January, 1900. See 52 N. Y. Supp. 1148.

PROBST, Respondent, v. ROCHESTER STEAM-LAUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Action by John G. Probst against the Rochester Steam-Laundry Company. No opinion. Judgment of the county court affirmed, with costs.

QUINN, Appellant, v. BOARD OF EDUCATION OF UNION FREE-SCHOOL DIST. NO. 3, TOWN OF CHARLOTTE, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Thomas P. Quinn, by guardian ad litem, against the board of education of Union Free-School District No. 3, town of Charlotte. No opinion. Order affirmed, with costs. *Held,* that the defendant is not liable for the act of the principal of the school in directing the plaintiff to ring the bell.

RADEMACHER, Appellant, v. TILYOU, Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Herman Rademacher against George C. Tilyou. C. M. Beattie, for appellant. F. A. Ward, for respondent. No opinion. Judgment affirmed, with costs.

READE v. CONTINENTAL TRUST CO. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Robert L. Reade against the Continental Trust Company. No opinion. Motion granted, so far as to allow printed cases and return to be taken off the files. See 58 N. Y. Supp. 321; 60 N. Y. Supp. 258.

REINHEIMER, Appellant, v. HAMBURGER, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Ferdinand Reinheimer against Frederick Hamburger. No opinion. Judgment of the municipal court dismissed by default, with $10 costs.

ROCKWELL, Appellant, v. WHITTEMORE, et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Clarissa C. Rockwell against Orin Whittemore and others. No opinion. Judgment affirmed, with costs.

RODIE et al., Respondents, v. VERDON, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Alexander H. Rodie and others against Frederick A. Verdon. No opinion. Judgment and order affirmed, with costs. See 49 N. Y. Supp. 178.

ROSE, Respondent, v. ANDREWS, Appellant. (City Court of New York, General Term. March 2, 1900.) Action by Hudson P. Rose against Walter E. Andrews. From a judgment on a verdict for plaintiff, defendant appeals. Affirmed. Charles L. Hallock, for appellant. Oliver W. Beals, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

ROTH, Appellant, v. FRIEDMAN, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Arthur Roth against Benjamin Friedman. No opinion. Judgment of the municipal court reversed, on consent, and new trial ordered; costs to abide the event.

RUHLAND et al., Appellants, v. OETINGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by Joseph Ruhland and another against Christian Oetinger and others. No opinion. Judgment affirmed, with costs.

In re RUPP et al. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) In the matter of the application for the removal of Charles A. Rupp and another, police commissioners.

PER CURIAM. Ordered that it be referred to Charles J. Bissell, Esq., a counselor of this court residing at the city of Rochester, to take proof of the matters set forth in the petition herein; that he report the same to this court, with his opinion thereon, at a term thereof to be held at the court house in the city of Rochester, on the third Tuesday of March, 1900, at 10 o'clock in the forenoon of that day; that the hearing before said referee be had in the city of Buffalo; and that the same may be brought on by either party upon eight days' notice. And it is further ordered that, at least five days before the first hearing, the petitioner herein file and serve upon the corporation counsel of the city of Buffalo a bill of particulars, in which he shall state all the matters alleged in the petition concerning which he proposes to give any evidence upon the hearing before the referee. See 53 N. Y. Supp. 927, 1114; 59 N. Y. Supp. 997; 61 N. Y. Supp. 1147.

RUSSELL, Respondent, v. STUHMILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Joel W. Russell, as assignee, etc.,